IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lee, Betty J | Case Number: 07 B 01599 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/17/08 | Filed: 1/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 1, 2008
Confirmed: May 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,700.00 | |
| Secured: | | 7,122.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 577.80 |
| Other Funds: | | 0.00 |
| Totals: | 10,700.00 | 10,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Marlin E Kirby, Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | National City Bank | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 6. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 7. | EMC Mortgage Corporation | Secured | 14,516.66 | 1,891.43 |
| 8. | National City Bank | Secured | 40,145.97 | 5,230.77 |
| 9. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 12.41 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 195.81 | 0.00 |
| 12. | EMC Mortgage Corporation | Secured | | No Claim Filed |
| 13. | Presidio/CM | Unsecured | | No Claim Filed |
| 14. | St James Hospital | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Cingular Wireless | Unsecured | | No Claim Filed |
| 18. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 19. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 20. | AFNI | Unsecured | | No Claim Filed |
| 21. | Dish Network | Unsecured | | No Claim Filed |
| 22. | Catherine's | Unsecured | | No Claim Filed |
| | | | $ 57,870.85 | $ 10,122.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lee, Betty J | Case Number: 07 B 01599 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/17/08 | Filed: 1/30/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 577.80 |
| | _____ |
| | $ 577.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

